# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Nathan Nesmith,** | : | **Case No. 17-70676-JAD** |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Nathan Nesmith,** | : | **Related to Doc. No. 47** |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Commonwealth Of PA** | : | |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the March 18, 2019, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by: United States mail, first class or electronic mail where indicated.

Executed on March 18, 2019               /s/ Sharla Munroe
                                         Sharla Munroe, Paralegal
                                         McElrath Legal Holdings, LLC
                                         1641 Saw Mill Run Blvd.
                                         Pittsburgh, PA 15210
                                         Tel: 412.765.3606
                                         Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Nathan Nesmith
604 Demuth Street
Johnstown, PA 15904

Commonwealth of PA
Bureau of Comm Payroll Operations
ATTENTION: Payroll Manager
PO Box 8006
Harrisburg, PA 17105