FILED
7/3/19 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Nathan Nesmith | : Bankruptcy No. 17-70676-JAD |
|     Debtor | : |
| | : Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : |
| | : Doc. No. 54 |
|     Movant | : |
| v. | : Related to Doc. Nos. 51 & 52 |
| | : |
| Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company | : |
|     Respondent | : |

## ORDER

AND NOW, this **3rd** day of **July,** 2019, upon consideration of the Motion for an Extension of Time to Respond to Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges ("Motion"), filed on behalf of Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company ("Respondent"), and the record as a whole, IT IS HEREBY ORDERED: Respondent's Motion is **GRANTED**.

Respondent shall have an additional thirty (30) days to respond to the Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges or until **July 31 2019**.

IT IS FURTHER ORDERED that the hearing currently scheduled for July 26, 2019, is **CANCELLED AND RESCHEDULED** to **Wednesday, August 7, 2019** at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____
Jeffery A. Deller           mas
U.S. BANKRUPTCY CHIEF JUDGE

CASE ADMINISTRATOR SHALL SERVE:
    Nathan Nesmith
    Paul E. McElrath, Jr., Esquire
    Ronda J. Winnecour, Esquire
    Jodi L. Hause, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nathan Nesmith  
     Debtor

Case No. 17-70676-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1     Date Rcvd: Jul 03, 2019  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.  
db          +Nathan Nesmith,    604 Demuth Street,    Johnstown, PA 15904-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:  
           James Warmbrodt    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com  
           Jerome B. Blank    on behalf of Creditor    Mortgage Research Center, LLC et. al. pawb@fedphe.com  
           Jodi L. Hause    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITED HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY jodi.hause@phelanhallinan.com, pawb@fedphe.com  
           Mario J. Hanyon    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITED HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY pawb@fedphe.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Paul W. McElrath, Jr.    on behalf of Debtor Nathan Nesmith ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
           Thomas Song    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC ET. AL. pawb@fedphe.com  
                                                                                                                                TOTAL: 9