IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Nathan Nesmith,<br>        Debtor | Bankruptcy No. 17-70676-JAD |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>        Movant<br>v.<br>Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company,<br>        Respondent | Chapter 13<br><br>Doc. No. 57<br><br>Related to Doc. Nos. 51, 52, 54 & 55 |

## ORDER

AND NOW, this **1st** day of **August**, 2019, upon consideration of the Second Motion for an Extension of Time to Respond to Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges ("Motion"), filed on behalf of Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company ("Respondent"), and the record as a whole, IT IS HEREBY ORDERED:

Respondent's Motion is GRANTED;

Respondent shall have an additional two (2) days to respond to the Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges or until **August 2, 2019**.

_____    mas
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
   Jodi L. Hause, Esquire
   Paul W. McElrath, Jr., Esquire
   Ronda J. Winnecour, Esquire

FILED
8/1/19 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-70676-JAD
Nathan Nesmith                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin              Page 1 of 1              Date Rcvd: Aug 01, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db              +Nathan Nesmith,   604 Demuth Street,   Johnstown, PA 15904-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United
               Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Mortgage Research Center, LLC et. al. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home
               Loans, a Missouri Limited Liability Company jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITED HOME
               LOANS, A MISSOURI LIMITED LIABILITY COMPANY jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITED
               HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Nathan  Nesmith ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas    Song    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC ET. AL. pawb@fedphe.com
                                                                                             TOTAL: 10