**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/2/19 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| **NATHAN NESMITH** | : | Bankruptcy No. 17-70676-JAD |
| Debtor. | : | Chapter 13 |
| **RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** | : | |
| Movant, | : | |
| v. | : | Related To Doc. No. 51 |
| **MORTGAGE RESEARCH CENTER, LLC d/b/a VETERANS UNITED HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY,** | : | |
| Respondent. | : | |

**ORDER CANCELLING / RESCHEDULING HEARING**

**AND NOW**, this **2nd** day of **August**, **2019**, it is **HEREBY ORDERED** that the rescheduled hearing regarding **Doc. No. 51 – Motion To Preclude Postpetition Mortgage Fees, Expenses And Charges** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and currently scheduled for Wednesday, August 7, 2019, **IS CANCELLED AND RESCHEDULED TO WEDNESDAY, SEPTEMBER 4, 2019**, at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Avenue, Johnstown, Pennsylvania 15901..

Jeffery A. Deller          mas
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Nathan Nesmith
Paul W. McElrath, Jr., Esquire
Jodi L. Hause, Esquire
Ronda J. Winnecour, Esquire
Office of United Stats Trustee

\*   Video Conferencing equipment has been installed in Courtroom B in Johnstown, PA and in Courtroom D in Pittsburgh, PA. Parties may appear at either location.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nathan Nesmith  
       Debtor

Case No. 17-70676-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Aug 02, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.  
db          +Nathan Nesmith,    604 Demuth Street,    Johnstown, PA 15904-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:

           Andrew L. Spivack    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United  
            Home Loans, a Missouri Limited Liability Company pawb@fedphe.com  
           James    Warmbrodt     on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United  
            Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com  
           Jerome B. Blank    on behalf of Creditor    Mortgage Research Center, LLC et. al. pawb@fedphe.com  
           Jodi L. Hause     on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home  
            Loans, a Missouri Limited Liability Company jodi.hause@phelanhallinan.com,   pawb@fedphe.com  
           Jodi L. Hause     on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITED HOME  
            LOANS, A MISSOURI LIMITED LIABILITY COMPANY jodi.hause@phelanhallinan.com,   pawb@fedphe.com  
           Mario J. Hanyon    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITED  
            HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY pawb@fedphe.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Paul W. McElrath, Jr.    on behalf of Debtor Nathan   Nesmith ecf@mcelrathlaw.com,  
            donotemail.ecfbackuponly@gmail.com  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
           Thomas   Song    on behalf of Creditor    MORTGAGE RESEARCH CENTER, LLC ET. AL. pawb@fedphe.com  
                                                                                                                                                                                                  TOTAL: 11