# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** NATHAN NESMITH
**Case Number:** 17-70676-JAD          **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, SEPTEMBER 04, 2019 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

RESCHEDULED - Trustee's Motion To Preclude Postpetition Mortgage Fees, Expenses And Charges filed by Ronda J. Winnecour, Chapter 13 Trustee v. Mortgage Research Center, LLC d/b/a Veterans United Loans, a Missouri Limited Liability Company
- No Response Filed  [Due 7/1/2019]
- CNO filed 7/2/2019 by Trustee Winnecour at ECF No. 53
- Order Entered 7/3/2019 Granting Motion of Mortgage Reseach Center, LLC, et al., For An Extension Of Time To Respond To Trustee's Motion.  Hearing rescheduled to 8/7/2019
- Response filed by Cenlar, DSB 8/2/2019 at ECF No. 59
- Order entered  8/2/2019 Rescheduling Hearing To 9/4/2019 at 10:00 AM
R / M #:  51 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: PAUL W. McELRATH, JR., ESQUIRE
CREDITOR: JODI L. HAUSE, ESQUIRE for MORTGAGE RESEARCH CENTER, LLC  / Spivak / Hauer.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:   * ORDER

The Trustee' Motion is withdrawn.

JEFFERY A. DELLER
U.S. Bankruptcy Judge
9-4-2019

FILED
9/4/19 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA