Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nathan Nesmith** | : | Case No. 17−70676−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Doc. # 70 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 12th of October, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70676-JAD

Nathan Nesmith     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: jhel    Page 1 of 3
Date Rcvd: Oct 12, 2021    Form ID: 309    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan Nesmith, 604 Demuth Street, Johnstown, PA 15904-1607 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14690959 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14690960 | + | Aes/aes Grants Spcl Pg, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14710528 | | Cambria County DRS, 9 Manor Dr, Ebensburg, PA 15931 |
| 14690966 | + | Central Loan Admin & R, One Paragon Drive, Montvale, NJ 07645-1765 |
| 14710532 | + | Central Loan Admin & Reporting, One Paragon Drive, Montvale, NJ 07645-1765 |
| 14770902 | + | Mortgage Research Center, LLC, et al, c/o Cenlar FSB, Attn: Bankruptcy Dept., 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14770900 | + | Mortgage Resource Center, LLC et al, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14710536 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14690962 | | Email/Text: brianw@americu.org | Oct 13 2021 03:05:00 | Americu Credit, 1916 Black River, Rome, NY 13440 |
| 14690961 | + | EDI: GMACFS.COM | Oct 13 2021 07:03:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14690963 | + | Email/Text: assignedrisk@ameriserv.com | Oct 13 2021 03:06:00 | Ameriserv Financial, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14690964 | | EDI: CAPITALONE.COM | Oct 13 2021 07:03:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14690968 | | EDI: CBSAAFES.COM | Oct 13 2021 07:03:00 | Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236 |
| 14690965 | + | EDI: CITICORP.COM | Oct 13 2021 07:03:00 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14690967 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 13 2021 03:06:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14725861 | | EDI: PRA.COM | Oct 13 2021 07:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14690970 | + | EDI: CITICORP.COM | Oct 13 2021 07:03:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 9

# BYPASSED RECIPIENTS

Case 17-70676-JAD    Doc 73    Filed 10/14/21    Entered 10/15/21 00:36:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 309 | Total Noticed: 19 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MORTGAGE RESEARCH CENTER, LLC D/B/A VETERANS UNITE |
| cr | | MORTGAGE RESEARCH CENTER, LLC ET. AL. |
| cr | | Mortgage Research Center, LLC d/b/a Veterans Unite |
| cr | | Mortgage Research Center, LLC et. al. |
| 14710523 | *+ | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14710526 | *P++ | AMERICU CREDIT UNION, 231 HILL RD, ROME NY 13441-4203, address filed with court:, Americu Credit, 1916 Black River, Rome, NY 13440 |
| 14710524 | *+ | Aes/aes Grants Spcl Pg, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14710525 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14710527 | *+ | Ameriserv Financial, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14710529 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14710535 | *P++ | CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS TX 75380-0849, address filed with court:, Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236 |
| 14710530 | *+ | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14710531 | *+ | Central Loan Admin & R, One Paragon Drive, Montvale, NJ 07645-1765 |
| 14710533 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14710537 | *+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14710538 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14710534 | ##+ | Keri Nesmith, 210 Kleinsmans Road, Johnstown, PA 15905-3530 |
| 14690969 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 4 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center LLC et. al. pawb@fedphe.com |
| Jodi L. Hause | |

| District/off: 0315-7 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 309 | Total Noticed: 19 |

    on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company jodi.hause@phelanhallinan.com, pawb@fedphe.com

Mario J. Hanyon

    on behalf of Creditor MORTGAGE RESEARCH CENTER  LLC D/B/A VETERANS UNITED HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.

    on behalf of Debtor Nathan Nesmith ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song

    on behalf of Creditor MORTGAGE RESEARCH CENTER  LLC D/B/A VETERANS UNITED HOME LOANS, A MISSOURI LIMITED LIABILITY COMPANY thomas.song@phelanhallinan.com

Thomas Song

    on behalf of Creditor MORTGAGE RESEARCH CENTER  LLC ET. AL. pawb@fedphe.com

TOTAL: 13