**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NATHAN NESMITH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-70676 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 09/12/2017 and confirmed on 11/16/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 63,104.72 |
| Less Refunds to Debtor | 17.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,087.27 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 3,225.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,925.02 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MORTGAGE RESEARCH CENTER LLC D/B/<br>Acct: 9766 | 0.00 | 46,899.52 | 0.00 | 46,899.52 |
| MORTGAGE RESEARCH CENTER LLC D/B/<br>Acct: 9766 | 10,117.41 | 2,604.82 | 0.00 | 2,604.82 |
| AMERISERV FINANCIAL<br>Acct: 0495 | 7,035.54 | 5,898.08 | 759.83 | 6,657.91 |
| | | | | 56,162.25 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATHAN NESMITH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATHAN NESMITH<br>Acct: | 17.45 | 17.45 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 3,700.00 | 3,700.00 | 0.00 | 0.00 |

| 17-70676 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI NESMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6320 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MORTGAGE RESEARCH CENTER LLC D/B/ | 1,050.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9766 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| FIRST PROGRESS FIRST EQUITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6526 | | | | |
| FIRST PROGRESS FIRST EQUITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9722 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5581 | | | | |
| AMERICU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,813.47 | 0.00 | 0.00 | 0.00 |
| Acct: 9874 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2559 | | | | |
| CENTRAL LOAN ADMINISTRATION AND RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6155 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1590 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1343 | | | | |
| MILITARY STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2580 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5811 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAMBRIA COUNTY DRS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                              56,162.25

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,050.00 |
| SECURED | 17,152.95 |
| UNSECURED | 6.813.47 |

Date: 11/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com